ELIZABETH S. STEPHENS, Respondent, *v.* GEORGE B. CRAWFORD, as Executor of GEORGE R. CRAWFORD, Deceased, Appellant.

*Conversion — action to recover shares of stock alleged to have been deposited with defendant's testator.*

*Stephens* v. *Crawford*, 209 App. Div. 142, affirmed.

(Argued October 7, 1924; decided October 21, 1924.)

APPEAL from a judgment, entered May 19, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Trial Term, a jury having been waived, and directing judgment in favor of plaintiff. The action was brought during the lifetime of George R. Crawford, now deceased, to recover the alleged value of 1,000 shares of the capital stock of the Westchester Fire Insurance Company, claimed to have been deposited with said George R. Crawford, deceased, January 15, 1899, by the plaintiff who claimed said shares were her property, and that the said George R. Crawford refused to return them to her after demand and had converted them to his own use.

*Milo J. White* for appellant.

*Bruce R. Duncan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

LILLIAN M. DOWLING, as Administratrix of the Estate of FRANCIS P. DOWLING, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Negligence — streets — New York city — street running to bank of canal and continuing on other side — failure to erect guard along bank — when city liable for death of one who drove along street into canal and was drowned.*

*Dowling* v. *City of New York*, 208 App. Div. 704, affirmed.

(Submitted October 7, 1924; decided October 21, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial